**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SUNG SIL MOON**                                                                                          **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 3:21-CV-00123-GHD-RP**

**ROBINSON PROPERTY GROUP, LLC,
D/B/A HORSESHOE CASINO, AND
FULL SERVICE SYSTEMS CORP.**                                        **DEFENDANTS**

                                                                                       **AND**

**ROBINSON PROPERTY GROUP, LLC
D/B/A HORSESHOE CASINO**                                                      **CROSS-PLAINTIFF**

**v.**

**FULL SERVICE SYSTEMS CORP.**                                                  **CROSS-DEFENDANT**

**ORDER GRANTING DEFENDANT/CROSS-PLAINTIFF ROBINSON PROPERTY GROUP'S MOTION FOR SUMMARY JUDGMENT AS TO INDEMNITY CLAIM**

Pursuant to an Opinion issued this day, it is hereby ORDERED that:

(1) Defendant/Cross-Plaintiff Robinson Property Group, LLC's Motion for Summary Judgment as to Indemnity Claim [34] is GRANTED;

(2) Defendant/Cross-Plaintiff Robinson Property Group, LLC, is entitled to indemnity from Defendant/Cross-Defendant Full Service Systems Corp. with respect to the Plaintiff's claims expressed in her Amended Complaint [17]; and

(3) Defendant/Cross-Defendant Full Service Systems Corp. is ORDERED to assume the defense of Defendant/Cross-Plaintiff Robinson Property Group, LLC, in the case *sub judice* and to pay Defendant/Cross-Plaintiff Robinson Property Group, LLC's attorney's fees and costs incurred thus far in this proceeding.

SO ORDERED, this the 21st day of April, 2022.

_____
SENIOR U.S. DISTRICT JUDGE