IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SUNG SIL MOON                                                    PLAINTIFF

VS.                                            CAUSE NO. 3:21-cv-00123-GHD-RP

ROBINSON PROPERTY GROUP, LLC d/b/a
HORSESHOE CASINO                                                 DEFENDANT

ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been resolved or is in the process

of being resolved. Therefore, it is not necessary that the action remain upon the calendar of the

court.

The Court therefore ORDERS that this action be DISMISSED without prejudice. The

Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown

that the resolution of this matter has not been completed and further litigation is necessary.

SO ORDERED, this, the 28 day of June, 2022.

_____
SENIOR U.S. DISTRICT JUDGE